FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 18 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NADIA NAFFE, an individual,<br><br>           Plaintiff - Appellant,<br><br> v.<br><br>JOHN PATRICK FREY, an individual and COUNTY OF LOS ANGELES, a municipal entity,<br><br>           Defendants - Appellees. | No. 13-55666<br><br>Los Angeles No. 2:12-cv-08443-GW-MRW<br>Central District of California<br><br>ORDER |

The court has determined that this appeal will not be selected for inclusion in the Mediation Program. All further inquiries regarding this appeal, including requests for extensions of time, should be directed to the Clerk's office.

FOR THE COURT

By: C. Lewis Ross
Circuit Mediator

CLR/Mediation