Case No. 13-55666

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

NADIA NAFFE, an individual
Plaintiff-Appellant

vs.

JOHN PATRICK FREY, an individual;
COUNTY OF LOS ANGELES a municipal entity,
Defendants-Appellees

Appeal From The United States District Court
For The Central District of California
Honorable George H. Wu
Lower Court Docket No. CV 12-8443 GW (MRWx)

## JOINDER IN JOHN PATRICK FREY'S ANSWERING BRIEF

PAUL B. BEACH, STATE BAR NO. 166265
ALEXANDRA B. ZUIDERWEG, STATE BAR NO. 270177
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210
pbeach@lbaclaw.com; azuiderweg@lbaclaw.com
(818) 545-1925 Telephone
(818) 545-1937 Facsimile
Attorneys for Defendant/Appellee
COUNTY OF LOS ANGELES

Case No. 13-55666

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

NADIA NAFFE, an individual
Plaintiff-Appellant

vs.

JOHN PATRICK FREY, an individual;
COUNTY OF LOS ANGELES a municipal entity,
Defendants-Appellees

Appeal From The United States District Court
For The Central District of California
Honorable George H. Wu
Lower Court Docket No. CV 12-8443 GW (MRWx)

---

**JOINDER IN JOHN PATRICK FREY'S ANSWERING BRIEF**

---

Pursuant to F.R.A.P. Rule 28(i), Defendant-Appellee County of Los Angeles hereby joins in Defendant-Appellee John Patrick Frey's Answering Brief, filed on February 7, 2014.

Dated:  March 24, 2014            LAWRENCE BEACH ALLEN & CHOI, P.C.


By  /s/ Alexandra B. Zuiderweg
    Alexandra B. Zuiderweg
    Attorneys for Defendant/Appellee
    COUNTY OF LOS ANGELES

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2014, I electronically filed the foregoing **JOINDER IN JOHN PATRICK FREY'S ANSWERING BRIEF** with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

By          /s/ Ana Escamilla